UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANIEL COOK, #290601, )
                Plaintiff, )
) No. 2:18-cv-25
-v- )
) Honorable Paul L. Maloney
CORIZON HEALTH, INC., *et al.,* )
                Defendants. )
)

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 23, 2019                        /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge